IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendant.

---

## ORDER

---

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 12, 16, and 19 Pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is

ORDERED John Doe Nos. 12, 16, and 19 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 15, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge