IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-11, 13-15, 17-18, 20,

    Defendant.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Does 6 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed August 23, 2013 (ECF No. 15), it is

ORDERED John Doe No. 6 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:   August 23, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge