IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-5, 7-11, 13-15, 17-18, 20,

    Defendant.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 9 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed September 4, 2013 (ECF No. 21), it is

ORDERED John Doe No. 9 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 4, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge