IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-4, 7, 8, 10, 11, 13-15, 17-18, 20,

    Defendant.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 3, 7, 10, and 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed October 17, 2013 (ECF No. 25), it is

ORDERED that John Does 3, 7, 10, and 17 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 17, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge