IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 2, 4, 8, 11, 13-15, 18, 20,

    Defendant.

---

## ORDER

---

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed October 24, 2013 (ECF No. 30), it is

ORDERED that John Doe 11 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 25, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge