IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

     Plaintiff,

v.

JOHN DOES 1, 2, 4, 8, 13-15, 18, 20,

     Defendant.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 4, 8, 14, 15, 18, and 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 11, 2013 (ECF No. 35), it is

ORDERED that John Does 1, 2, 4, 8, 14, 15, 18 and 20 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 11, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge