IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01630-WYD-MEH

TCYK, LLC,

      Plaintiff,

v.

AHMED ZARROUCK,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 12, 2013.**

     In the interests of justice, Plaintiff's Motion for Leave to Amend Complaint in order to Identify Defendant John Doe 13 by Name [filed December 12, 2013; docket #37] is **granted**.  The Clerk of the Court is directed to file the Second Amended Complaint, located at docket #37-3, as well as Exhibits A, B and C, located at dockets ## 37-4, 37-5, and 37-6.  Plaintiff shall serve the Defendant with the Second Amended Complaint in accordance with Fed. R. Civ. P. 4 and this Court's orders.