IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01630-WYD-MEH

TCYK, LLC,

     Plaintiff,

v.

AHMED ZARROUCK,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2013.**

     In the interests of justice, Plaintiff's Motion to Amend Second Amended Complaint [filed December 15, 2013; docket #41] is **granted**.  The Clerk of the Court is directed to file the Corrected Second Amended Complaint, located at docket #41-2, as well as Exhibits A, B and C, located at dockets ## 41-3, 41-4, and 41-5.  Plaintiff shall serve the Defendant with the Corrected Second Amended Complaint in accordance with Fed. R. Civ. P. 4 and this Court's orders.

     In light of this order, the Court's December 12, 2013 order directing the Clerk of the Court to file the Second Amended Complaint (docket #37) is withdrawn.