IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01630-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

AHMED ZARROUK,

    Defendant.

---

## ORDER

---

In accordance with the Notice of Multiple Unsuccessful Service Attempts and Voluntary Dismissal of Defendant Ahmed Zarrouk and the Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 27, 2013 (ECF No. 49), it is

ORDERED that Defendant Ahmed Zarrouk and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 30, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge